IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,                      No. CIV-S-11-1069 KJM DAD

      vs.

KWOK CHEE ONG, et al.,

      Defendants.            <u>ORDER</u>

_____/

      On August 1, 2011, Scott N. Johnson ("plaintiff") and Shahpour M. Nejad individually and as trustee of the S. Nejad and M. Seyedin Family Trust dated March 8, 2001; Mojgan Seyedin individually and as trustee of the S. Nejad and M. Seyedin Family Trust dated March 8, 2001; Reza Kalantari individually and as trustee of the Kalantari Family Trust dated March 8, 2001; Farnia Fathian individually and as trustee of the Kalantari Family Trust dated March 8, 2001 (collectively, "defendants"), submitted a stipulation and request for an extension of time to respond or otherwise plead reference to plaintiffs's complaint. ECF 19. The parties previously stipulated to an extension, which expired on July 18, 2011. ECF 13. The parties have not provided the court with an explanation justifying a further extension or otherwise explained their diligence in litigating the case thus far. Therefore, the parties' request is

/////

1  DENIED.  If the parties wish to submit a revised stipulation and proposed order, specifying the
2  grounds justifying an extension, they must do so by August 5, 2011.
3        IT IS SO ORDERED.
4  DATED: August 1, 2011.

                                        UNITED STATES DISTRICT JUDGE